UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEWELL CONLOGUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-00146-JAW |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DISMISSAL OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Dismissal filed November 19, 2017 (ECF No. 17), the Recommended Dismissal is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Dismissal, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Dismissal; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Dismissal, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2017